*L. Shipley* for petitioner. *Solicitor General Marshall* and *Henry Geller* for respondent.

No. 234. CONTINENTAL OIL CO. *v.* UDALL, SECRETARY OF THE INTERIOR, ET AL. C. A. D. C. Cir. Certiorari denied. *Samuel W. McIntosh* and *A. T. Smith* for petitioner. *Solicitor General Marshall, Assistant Attorney General Weisl, Roger P. Marquis* and *S. Billingsley Hill* for Udall, and *Henry P. Sailer* for Phillips Petroleum Co. et al., respondents.

No. 241. SARKES TARZIAN, INC. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 7th Cir. Certiorari denied. *Joseph Alton Jenkins* for petitioner. *Solicitor General Marshall, Arnold Ordman, Dominick L. Manoli* and *Norton J. Come* for respondent.

No. 242. UTICA MUTUAL INSURANCE CO. *v.* VINCENT, REGIONAL DIRECTOR, NATIONAL LABOR RELATIONS BOARD. C. A. 2d Cir. Certiorari denied. *Charles J. Barnhill* for petitioner. *Solicitor General Marshall, Arnold Ordman, Dominick L. Manoli* and *Norton J. Come* for respondent.

No. 253. McCOWAN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Russell E. Parsons* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 254. KAPLAN ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Maurice C. Inman, Jr.,* and *Arthur L. Martin* for petitioners. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 255. UNITED STATES *v.* U. S. THERMO CONTROL CO. ET AL. Ct. Cl. Certiorari denied. *Solicitor General Marshall, Assistant Attorney General Rogovin* and *Philip R. Miller* for the United States. *Daniel M. Gribbon* and